1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BERSTER TECHNOLOGIES, LLC doing
     business as CHIP CONNECT, a California
11   limited liability company,

12              Plaintiff,                    No. CIV S-11-1541 KJM-JFM

13        vs.

14   COY CHRISTMAS, an individual; JIM
     RONDING, an individual; BGRMODS, LLC,
15   a Minnesota limited liability company;
     CALIBUR11, LLC, a Minnesota limited
16   liability company; and EINSTEINMODZ, a
     Wisconsin limited liability company,

17
                Defendants.              ORDER
18   _____/

19        This matter comes before the court upon defendants' ex parte application for

20   extension of time to respond to the amended complaint, filed on July 1, 2011.  (ECF 12.)

21   Plaintiff filed its conditional opposition on July 6, 2011.  (ECF 15.)

22        The amended complaint was filed on June 20, 2011.  (ECF 6.)  It is thirty-eight

23   (38) pages long, with sixteen (16) causes of action, 178 paragraphs of allegations, and five (5)

24   separate defendants.  Defendants seek this extension because they "they have just retained

25   counsel . . . and are presently collecting information to respond . . . ."  (Ex Parte App. at 1.)  In

26   /////

                                        1

1    their application, defendants comply with Local Rule 144.  The court finds good cause for

2    granting defendants an extension of time to respond.

3            Plaintiff's conditional opposition to defendants' ex parte application requests that

4    the court "condition any grant of additional time to respond to the FAC on the following: (a) that

5    the extension by itself cannot be asserted as a defense to, or prejudice in any way, Plaintiff's

6    right to request preliminary or permanent injunctive relief, or other equitable relief; and (b) that

7    the Court allow Plaintiff to conduct limited, expedited discovery in the form of Interrogatories,

8    Requests for Admissions, and Requests for Production of Documents in connection with

9    Defendants' use of Plaintiff's Technology, with Defendants' response due within seven (7) days

10   of service by e-mail." (Pl.'s Opp'n at 4.)  The court finds there is good cause for granting this

11   request, subject to the following limitation: plaintiff is granted its request to conduct limited,

12   expedited discovery in the form of five (5) Interrogatories, five (5) Requests for Admissions, and

13   five (5) Requests for Production of Documents in connection with defendants' use of plaintiff's

14   technology, with defendants' response due within seven (7) days of service by e-mail.

15           Accordingly, defendants' application and plaintiff's requests in its conditional

16   opposition, subject to the above-stated limitation, are hereby GRANTED.  Defendants shall file

17   an answer or otherwise respond to the amended complaint by August 9, 2011.

18           IT IS SO ORDERED.

19   DATED:  July 8, 2011.

20

21   _____

22   UNITED STATES DISTRICT JUDGE

23

24

25

26

2