IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERSTER TECHNOLOGIES, LLC,

       Plaintiff,                      No. CIV 2:11-cv-1541-KJM-JFM

   vs.

COY CHRISTMAS, *et al.*,

       Defendants.          <u>ORDER</u>

_____/

       The court has considered plaintiff's *ex parte* application for an order shortening time to hear its motion for leave to conduct personal jurisdiction discovery. Good cause appearing, IT IS HEREBY ORDERED that the parties shall file their Local Rule 251(c) joint statement by 10:00 a.m. on Tuesday, August 9, 2011. Plaintiff's motion to conduct discovery will be heard on August 11, 2011 at 11:00 a.m. in courtroom 26 before the undersigned.

DATED: August 1, 2011.

UNITED STATES MAGISTRATE JUDGE

1