IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERSTER TECHNOLOGIES, LLC,

      Plaintiff,                       No. CIV 2:11-cv-1541-KJM-JFM

    vs.

COY CHRISTMAS, *et al.*,

      Defendants.              <u>ORDER</u>

          The court has considered plaintiff's *ex parte* application for an order shortening time to hear its motion to compel (Doc. No. 23). Having reviewed the papers, IT IS HEREBY ORDERED that the ex parte motion is denied. Plaintiff's motion to compel will be heard on August 18, 2011 at 11:00 a.m. in courtroom 26 before the undersigned. The parties shall comply with Local Rule 251 when filing their joint discovery statement.

DATED: August 4, 2011.

                                           UNITED STATES MAGISTRATE JUDGE

/014;bers1541.jo(2)