IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERSTER TECHNOLOGIES, LLC,

    Plaintiff,   No. CIV 2:11-cv-1541-KJM-JFM

    vs.

COY CHRISTMAS, *et al.*,

    Defendants.   <u>ORDER</u>

_____/

    On August 18, 2011, the court held a hearing on plaintiff's motion to compel. Rajiv Dharnidharka and Ashley Joyce appeared for plaintiff. Harold Storey appeared for defendants. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, IT IS HEREBY ORDERED that defendants shall respond to plaintiff's injunction-related discovery requests (including all requests for admissions, requests for production and interrogatories) on or before August 29, 2011.

DATED: August 18, 2011.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/014;bers1541.disc2

1