1  SCOTT W. PINK (Bar No. 122383)
   scott.pink@dlapiper.com
2  RAJIV DHARNIDHARKA (Bar No. 234756)
   rajiv.dharnidharka@dlapiper.com
3  DANIEL J. CROXALL (Bar No. 258390)
   dan.croxall@dlapiper.com
4  ASHLEY H. JOYCE (Bar No. 272549)
   ashley.joyce@dlapiper.com
5  **DLA PIPER LLP (US)**
   400 Capitol Mall, Suite 2400
6  Sacramento, CA  95814-4428
   Tel:  916.930.3200
7  Fax:  916.930.3201

8  Attorneys for Plaintiff and Counter-Defendant
   BERSTER TECHNOLOGIES, LLC doing business
9  as CHIP CONNECT

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                         SACRAMENTO DIVISION

13

| | |
|---|---|
| 14  BERSTER TECHNOLOGIES, LLC doing business as CHIP CONNECT, a California 15  limited liability company, | CASE NO.  2:11-cv-01541-KJM-JFM  **STIPULATION FOR DISMISSAL OF ACTION, INCLUDING COUNTERCLAIMS** |
| 16              Plaintiff, | |
| 17       v. | |
| 18  COY CHRISTMAS, an individual, JIM RONDING, an individual, BGRMODS, 19  LLC, a Minnesota limited liability company, CALIBUR11, LLC, a Minnesota 20  limited liability company, and EINSTEINMODZ, a Wisconsin limited 21  liability company, | |
| 22              Defendants. | |
| 23  AND RELATED CLAIMS | |

24       Pursuant to Rule 41, Plaintiff and Counter-Defendant Berster Technologies, LLC, doing
25  business as Chip Connect ("Chip Connect") and Defendants and Counter-Claimants Coy
26  Christmas, BGRMods, LLC, Calibur11, LLC, and EinsteinModz, LLC ("Defendants"), by and
27  through their counsel of record, hereby stipulate to the dismissal with prejudice of the entire
28

action, including counterclaims.  Each party shall bear their own attorney's fees and costs in connection with the action.

      IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated:  March 29, 2012

DLA PIPER LLP (US)


By /s/ Scott W. Pink
SCOTT W. PINK
RAJIV DHARNIDHARKA
DANIEL J. CROXALL
ASHLEY H. JOYCE
Attorneys for Plaintiff and Counter-Defendant
BERSTER TECHNOLOGIES, LLC doing business as CHIP CONNECT


Dated:  March 29, 2012

KRAMER LEVIN NAFTALIS & FRANKEL LLP



By  /s/ Yuridia Caire
PAUL ANDRE
LISA KOBIALKA
YURIDIA CAIRE
Attorneys for Defendants and Counter-Claimants
Coy Christmas
BGRMODS, LLC
CALIBUR 11, LLC
EINSTEINMODZ, LLC




PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:

_____
U.S. DISTRICT COURT JUDGE